Ronnie Gene COGHLAN, etc.,
Plaintiff-Appellant,

v.

Maurice PHILLIPS, etc., et al.,
Defendants-Appellees.

No. 77–2221

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 1978.

Alfred J. Chiplin, Jr., MS. Mental Health Project, Barry H. Powell, David Seth Mi-chaels, MS. Mental Health Project, Mark Shenfield, Amer. Civil Liberties Union of MS. Jackson, Miss., for plaintiff-appellant.

Carl F. Andre, Jr., Jackson, Miss., for Phillips.

E. C. Clements, Rush M. Clements, Rolling Fork, Miss., for Derrick & McPhail.

Before AINSWORTH, MORGAN and GEE, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court for the reasons stated in its memorandum opinion (S.D.Miss.1978).

AFFIRMED.

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.